UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 19-4989-DMG (FFMx)** | Date | August 8, 2019 |
|---|---|---|---|
| Title | *Michael Douglas Carlin v. FGW Productions, LLC, et al.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS – ORDER AND NOTICE TO ALL PARTIES**

On July 1, 2019, the Court set a Scheduling Conference. [Doc. # 14.] As required by the Court's July 1, 2019 Order, Fed. R. Civ. P. 26(f), and Local Rule 26-1, counsel are required to file a **Joint** Rule 26(f) Report. The parties have unilaterally filed their separate Rule 26(f) Reports [Doc. ## 23, 25].

IT IS HEREBY ORDERED that the parties show cause in writing no later than **August 16, 2019**, why sanctions should not be imposed for their failure to cooperate and participate with opposing counsel in a Rule 26(f) conference and for failure to file a **Joint** Rule 26(f) Report. The filing of a Joint Rule 26(f) Report by the deadline will be deemed a satisfactory response.

The scheduling conference on August 16, 2019 is hereby VACATED and will be rescheduled if necessary.

IT IS SO ORDERED.