Judge Dolly M. Gee
**SCHEDULE OF PRETRIAL & TRIAL DATES (COURT TRIAL)**

Case No.: CV 19-4989-DMG (FFMx)     Title: Michael Douglas Carlin v. FGW Productions, LLC, et al.

| MATTER | COURT ORDERED DATE | TIME |
|---|---|---|
| **TRIAL**   [ x ] Court   [ ] Jury<br>Duration Estimate: 10 days | 5-12-20<br>(Tuesday) | 9:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 wks before trial | 4-14-20<br>(Tuesday) | 2:00 p.m. |

| MATTER | COURT ORDERED DATE |
|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 12-5-19 |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | 1-7-20 |
| Motion Cut-Off (filing deadline)<br>Last hearing date for dispositive motions | 1-17-20<br>3-6-20 @ 2:00 p.m. |
| Initial Expert Disclosure & Report Deadline | 2-11-20 |
| Rebuttal Expert Disclosure & Report Deadline | 3-10-20 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 3-24-20 |
| Settlement Conference Completion Date | 3-17-20 |
| Joint Status Report re Settlement | 3-24-20 |
| Motions in Limine Filing Deadline | 3-24-20 |
| Opposition to Motion in Limine Filing Deadline | 3-31-20 |
| Proposed Pretrial Conference Order | 4-3-20 |
| Pretrial Exhibit Stipulation | 4-3-20 |
| Joint Exhibit List | 4-3-20 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 4-3-20 |
| Witness Declarations or Marked Depositions | 4-21-20 |
| Objections to Witness Declarations/Marked Depositions | 4-28-20 |
| Proposed Findings of Fact and Conclusions of Law | 4-21-20 |
| Mark Up of Opponent's Proposed Findings/Conclusions | 4-28-20 |