# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DOUGLAS CARLIN,<br><br>Plaintiff,<br><br>vs.<br><br>FGW PRODUCTIONS LLC, a Nevada Limited Liability Company; FGW PRODUCTIONS INC., a California corporation; STEPHANIE FREDERIC, an individual; SIMONA MANGIANTE PAPDOPOULOS, an individual,<br><br>Defendants. | Case No. 2:19-cv-04989-DMG-FFM<br><br>**[PROPOSED] JUDGMENT** |

This matter came before the Court on FGW Productions LLC and Stephanie Frederic's (together, "FGW Defendants") Notice of Motion and Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment. The Court has considered the motion, opposition, and reply filed by the parties, and all accompanying declarations and exhibits. The Court finds that there are no genuine disputes as to any material fact, and that the FGW Defendants are entitled to judgment as a matter of law on all of plaintiff Michael Carlin's claims. Accordingly, it is **ORDERED** that the FGW Defendants' Motion for Summary Judgment is **GRANTED**.

It is **ORDERED AND ADJUDGED** that plaintiff Michael Carlin take nothing by way of his complaint and summary judgment be entered in favor of defendants FGW Productions LLC and Stephanie Frederic on all claims.

Dated: February __, 2020

_____
Honorable Dolly M. Gee
United States District Court Judge